UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA LEE HANIF,

      Plaintiff,

 v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

Case No. C11-513-RSL

**ORDER ADOPTING REPORT AND RECOMMENDATION ON ATTORNEY FEES**

The Court, after careful consideration of the plaintiff's Motion for EAJA Fees, Costs, and Expenses (Dkt. 29), the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDERS**:

 (1) The Court adopts the Report and Recommendation;

 (2) Attorney fees of $5,500.00 are awarded pursuant to 28 U.S.C. § 2412(d);

 (3) Fees and costs of $43.16 are awarded pursuant to 28 U.S.C. § 2412(d); 28 U.S.C. § 1920; and 31 U.S.C. § 1304(a);

 (4) Attorney fees and costs are awarded to plaintiff pursuant to *Astrue v. Ratliff*, ___ U.S. ___ (2010), 130 S.Ct. 2521 (2010) and delivered via check to plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Elie Halpern & Associates,

| | | |
|---|---|---|
| 1 | | PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however, |
| 2 | (5) | If the U.S. Department of the Treasury determines that plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502. |
| 8 | (6) | The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida. |

DATED this 9th day of March, 2012.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION ON ATTORNEY FEES - 2